# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SIDNEY L. HAYMAKER,

        *Plaintiff*,

    v.

RELIANCE STANDARD LIFE INSURANCE
CO., et al.,

        *Defendants*.

CIVIL ACTION
NO. 15-06306

## ORDER

**AND NOW**, this 27th day of April, 2016, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 5, 13), Plaintiff Sidney L. Haymaker's ("Haymaker") Responses (ECF Nos. 11, 15) and Defendants' Replies (ECF Nos. 12, 16), along with Haymaker's Miscellaneous Motion asking the Court not to draw any adverse inferences for her counsel's failure to appear at oral argument (ECF No. 22), it is **ORDERED** that:

1. Haymaker's motion is **DENIED** as moot;[1]

2. Defendants' motions are **GRANTED**;

3. Haymaker's claims are accordingly **DISMISSED** with prejudice; and

4. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] The Court accepts counsel's explanation and has not drawn any adverse inferences for his failure to appear at oral argument.