IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDNEY L. HAYMAKER,<br><br>      *Plaintiff*,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE CO., et al.,<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 15-06306 |

## ORDER

**AND NOW**, this 14th day of June, 2016, upon consideration of Sidney Haymaker's Omnibus Motion (ECF Nos. 26–28) and Defendants' Responses (ECF Nos. 29–30), it is hereby **ORDERED** that the motion is **DENIED**.

                                                                   BY THE COURT:

                                                                   ***/s/ Gerald J. Pappert***
                                                                   GERALD J. PAPPERT, J.